SACRO & WALKER LLP
701 N. Brand Boulevard, Suite 800
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD HILTON, an individual; KATHLEEN HILTON, an individual; CONRAD HILTON, III, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02177-R-PLA<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: March 15, 2018<br>Counterclaim Filed: June 18, 2018 |
| AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT | |

Based on the concurrently-filed Stipulated Protective Order, good cause appearing,

/ / /

/ / /

IT IS HEREBY ORDERED that the Stipulated Protective Order be entered in this action and given effect, terms of which shall take effect immediately.

**IT IS SO ORDERED.**

DATED: October 1, 2018

________________________________
UNITED STATES DISTRICT JUDGE
Honorable Manuel L. Real

SACRO & WALKER LLP
701 N. Brand Boulevard, Suite 800
Glendale, California 91203